IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GILBERT LARA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:09CV122-HEH |
| ) | |
| PATRICIA R. STANSBERRY, ) | |
| ) | |
| Respondent. ) | |

MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Petitioner, proceeding pro se, submitted a Section 2241 petition. By Memorandum Order dated March 19, 2009, the Court directed Petitioner to complete and return within fifteen days the "Affidavit in Support of Request to Proceed In Forma Pauperis." *See* 28 U.S.C. § 1914(a) and (c) (authorizing courts to require prepayment of mandatory filing fee); 28 U.S.C. § 1915(a). More than fifteen days have passed and Petitioner has failed to pay the assessed fee or explain any special circumstances warranting excuse from payment. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

/s/
Henry E. Hudson
United States District Judge

Date: June 25, 2009
Richmond, Virginia